**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Sidibe Karidjatou,

        Petitioner,

v.

Eric Rokosky,

        Respondent.

No. CV-26-01826-PHX-DJH

**ORDER**

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). United States Magistrate Judge Alison Bachus recommended the Petition be granted in part and denied in part (Doc. 12). No objections have been filed and the time to do so has expired. The Court has reviewed the R&R and agrees with its conclusions.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Bachus's Report and Recommendation (Doc. 12) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

**IT IS FURTHER ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) is **granted** as to the request for a bond hearing **and denied** as to Petitioner's request for immediate release.

**IT IS FURTHER ORDERED** a bond hearing shall be held within thirty (30)

days of this Order.

1. The bond hearing shall comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011). There must be a contemporaneous record of the hearing, and the Government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community; or

2. In the alternative, the Government shall immediately release Petitioner under appropriate conditions of release.

**IT IS FURTHER ORDERED** Respondents must file a Notice of Compliance within two (2) days of Petitioner's bond hearing or release.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall terminate this action and enter judgment accordingly.

Dated this 1st day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -